RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jose Maria Rodriguez-Sanchez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>           v.<br><br>JOSE MARIA RODRIGUEZ-SANCHEZ,<br><br>                     Defendant. | Case No. 2:16-cr-157-GMN-CWH<br>              2:16-cr-366-JCM-GWF<br><br>**STIPULATION TO CONSOLIDATE CASES** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Kathryn Newman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jose Maria Rodriguez-Sanchez, that Mr. Rodriguez-Sanchez's cases be consolidated for the purpose of sentencing.

The Stipulation is entered into for the following reasons:

1.      On May 18, 2016, Mr. Rodriguez-Sanchez was indicted for Deported Alien Found Unlawfully in the United States in Case No. 2:16-cr-157-GMN-CWH. As part of the negotiations, the parties requested that Mr. Rodriguez-Sanchez's supervised release violation from the District of Arizona be transferred to the District of Nevada. CR# 25, Plea Agreement.

2. On January 10, 2017, this Court accepted jurisdiction of Mr. Rodriguez-Sanchez's case. CR# 2. The revocation hearing is currently set for January 30, 2017 before Judge Mahan in Case No. 2:16-cr-366-JCM-GWF. Mr. Rodriguez-Sanchez's sentencing is currently set before Judge Navarro on February 9, 2017 in Case No. 2:16-cr-157-GMN-CWH.

3. The parties are requesting that Mr. Rodriguez-Sanchez's cases be consolidated for the purposes of sentencing. The parties are requesting that Mr. Rodriguez-Sanchez's supervised release hearing before Judge Mahan be vacated and reset before Judge Navarro at the time currently set for Mr. Rodriguez-Sanchez's sentencing, February 9, 2017 at 9:00 a.m.

DATED this 25th day of January, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Kathryn Newman*<br>By_____<br>KATHRYN NEWMAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE MARIA RODRIGUEZ-SANCHEZ,<br><br>　　　　Defendant. | Case No. 2:16-cr-157-GMN-CWH<br>　　　　　2:16-cr-366-JCM-GWF<br><br>**ORDER** |

IT IS ORDERED that Case No. 2:16-cr-366-JCM-GWF be consolidated with Case No. 2:16-cr-157-GMN-CWH.

IT IS FURTHER ORDERED that the Revocation Hearing currently scheduled for January 30, 2017, at the hour of 10:30 a.m. before Judge Mahan, be vacated and continued to February 9, 2017 at the hour of 9:00 a.m. before Judge Navarro.

DATED January 25, 2017.

_____  　_____
Gloria M. Navarro　　　　　　　　　　　James C. Mahan
CHIEF UNITED STATES DISTRICT JUDGE　UNITED STATES DISTRICT JUDGE